UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Emmanuel N. Davies )
_____ )
_____ )
_____ )   CIVIL ACTION
_____ )
(Name of the plaintiff or plaintiffs) )
                                      )
              v.                      )
City Colleges of Chicago              )   15-cv-10931
Dr. Addie Davis                       )   Judge John Robert Blakey
_____ )               Magistrate Judge Susan E. Cox
_____ )
(Name of the defendant or defendants) )

RECEIVED
12-4-15
DEC 0 4 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Emmanuel N. Davies__ of the county of __Macon__ in the state of __Illinois__.

3. The defendant is __City Colleges of Chicago__, whose street address is __226 West Jackson Boulevard__ (city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60606__

(Defendant's telephone number) __(312)__ - __553-2500__

4. The plaintiff sought employment or was employed by the defendant at (street address) __10001 S. Woodlawn__ (city) __Chicgo__ (county) __Cook__ (state) __IL__ (ZIP code) __60628__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☑ was hired and is still employed by the defendant, *on leave*

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month) **June**, (day) _____, (year) **2009**. *and continuing Action*

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box]
    ☐ has not
    ☑ has
    filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about

    (month) **May** (day) **15** (year) **2013**. *and 8-05-2014*

    (ii) ☑ the Illinois Department of Human Rights, on or about

    (month) **June** (day) **22** (year) **2010**.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) September (day) 9 (year) 2015 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _Reduced plaintiff's classes that he was teaching as a part-time professor, given him less income._

4

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Plaintiff was denied a class to teach at Olive-Harvey whose he was retaliated against, he was transferred to Malcolm-X but was threatened by a full time Staff and the administration did nothing to stop the harassment. Dr. Addie Davis, Department Chair of Mathematics advanced sexual approach to Plaintiff, when he didn't respond to her request, she harassed him, and retaliated against him. The Plaintiff complained to the City Colleges of Chicago's Administration but the administration failed to stop the harassment. (Please see additional sheet).

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☒ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): pay all adjustment wages, full time salary from 2009 to present

What the court deem appropriate and any other wage or salary that the plaintiff deserved.

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*[signature]*

(Plaintiff's name)
Emmanuel N. Davies

(Plaintiff's street address)
186 35th CT

Apt S

(City) Decatur (State) IL. (ZIP) 62521

(Plaintiff's telephone number) (773) – 425-0754

Date: 12/1/2015

**Emmanuel N. Davies**

v.

**City Colleges of Chicago**

**And Dr. Addie Davis**

## Addition to the Complaint

The Defendant Ms. Addie Davies was my co-worker in 1997 when I started to work at Olive-Harvey College. I used to escort her to the parking lot because them parking lot at that time was without lights.

I left Olive-Harvey College and returned few years later. Ms. Davis called me into her office showed me my documents that I had sent previously for full time position. I asked her why my documents were doing her desk; she replied "I told you that if you need a full time position, you must see me". I got upset and left her office.

Previously, Ms. Davis has made an inappropriate sexual advancement towards me and when I didn't respond, she started to harass me by coming to my classroom, in front of the students and be-little me.

I complained to Prof. Sylvester Roebuck, who was the Department Chair at that time. He informed me that he would talk with Ms. Davies, who didn't have her doctoral degree at that time. Later on Ms. Davis stopped talking with me. Few years, later Ms. Davis got her Doctoral Degree and she was appointed Department Chair.

Later on Ms. Davis was appointed Chair and later on Dean. She discriminated against me in employment, harassed me and be-litter me in front of staff members and students.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#10W0622-03 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2010CF3980 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Mr. Emmanuel N. Davies | TELEPHONE NUMBER (include area code)<br>(773) 992-7577 |
|---|---|

| STREET ADDRESS<br>P.O. Box 268423 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60626 | DATE OF BIRTH<br>/ /<br>M  D  YEAR |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>City Colleges of Chicago | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(312) 553-2500 |
|---|---|---|

| STREET ADDRESS<br>226 West Jackson Boulevard | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60606 | COUNTY<br>Cook (031) |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br>National Origin    Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>12/15/09        05/21/10<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT JUNE, 2009 AND CONTINUING THROUGH THE PRESENT (JUNE 22, 2010), BECAUSE OF MY NATIONAL ORIGIN, LIBERIA.

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Liberia.

2. I have satisfactorily performed my duties as a part-time mathematics professor at Respondent's Olive Harvey campus, and have been employed with Respondent since 1996.

Page 1 of 4

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS _____ DAY OF _____, 2010<br>_____<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES: 11/16/10 | X_____  6/22/10<br>SIGNATURE OF COMPLAINANT          DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No. |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2013-0534 |

Illinois Department Of Human Rights
State or local Agency, if any

and EEOC

**Name** (indicate Mr., Ms., Mrs.): **Mr. Emmanuel N. Davies**
**Home Phone** (Incl. Area Code): **(773) 425-0754**
**Date of Birth:** **08-04-195**
**Street Address:** **P. O. Box 268423, Chicago, IL 60626**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** **CITY COLLEGES OF CHICAGO**
**No. Employees, Members:** **500 or More**
**Phone No.:** **(773) 291-6100**
**Street Address:** **Olive-Harvey College, 10001 S. Woodlawn, Chicago, IL 60628**

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: **05-15-2013**
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in 1996. My job title is Adjunct Lecturer. In 2010 and 2011, I filed discrimination charges with the Illinois Department of Human Rights. Subsequently, I have been harassed, Respondent failed to promote me, and my assigned classes have been reduced.

I believe that I have been discriminated against because of my national origin, Liberia, by color, red, and in retaliation for engaging in protected activity. I further believe that I have been discriminated against because of my age, 55 (Date of Birth: August 4, 1957), in violation of the Age Discrimination in Employment Act of 1967, as amended.

SEP 10 2013

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

**Sep 10, 2013**
Date — Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2014-05268 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Emmanuel Davies** | Home Phone (Incl. Area Code)<br>**(630) 747-5353** | Date of Birth<br>**08-04-1957** |
|---|---|---|

Street Address: **P.O. Box 266423, Chicago, IL 60626**  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**CITY COLLEGES OF CHICAGO - OLIVE HARVEY COLLEGE** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(773) 291-6100** |
|---|---|---|

Street Address: **10001 S Woodlawn Ave, Chicago, IL 60628**

RECEIVED EEOC
AUG 05 2014
CHICAGO DISTRICT OFFICE

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest **08-05-2014**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around 1996. My current position is Adjunct Professor. During my employment, I filed Charges of Discrimination against Respondent with the Illinois Department of Human Rights and EEOC. Subsequently, I have been denied a promotion and subjected to harassment and different terms and conditions of employment, including, but not limited to, being forced to teach at other Respondent locations. I have complained to no avail.

I believe I have been discriminated against because of my age, 57 (DOB: August 4, 1957), and in retaliation for engaging in protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I also believe I have been discriminated against in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Aug 05, 2014**
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Emmanuel Davies<br>P.O. Box 268423<br>Chicago, IL 60626 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-05268 | Grace Swierczek,<br>Investigator | (312) 869-8144 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ Julianne Bowman*      9/3/15

Julianne Bowman,<br>District Director      *(Date Mailed)*

Enclosures(s)

cc:   CITY COLLEGES OF CHICAGO<br>
c/o Valerie Harper<br>
Associate General Counsel II<br>
Office of the General Counsel<br>
226 W. Jackson Blvd.,<br>
Chicago, IL 60606